IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS GONZALES,

    Petitioner,                    No. 2:11-cv-1446 GEB EFB P

    vs.

GARY SWARTHOUT,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 17, 2012, this court granted respondent's motion to dismiss the petition on the ground that it was untimely filed. Dckt. No. 16. Judgment was entered on the same date and the case was closed. In the order granting respondent's motion to dismiss, the court declined to issue a certificate appealability.

        On September 28, 2012, petitioner filed a document titled "Motion for Certificate of Appealability and for Equitable Tolling." Dckt. No. 18. In his motion petitioner argues that he should be permitted to continue with his case because he is entitled to equitable tolling. Id. Petitioner explains that he cannot read or write in English and that the inmate that was assisting him with his habeas petition was transferred to another prison. Id. at 1. The court has already addressed and rejected this argument. *See* Dckt. No. 16. Petitioner is essentially requesting this

court reconsider its prior order granting respondent's motion to dismiss.[1]

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exists for the motion," and " why the facts or circumstances were not shown at the time of the prior motion." E. D. Cal. Local Rule 230 (j)(3)-(4). Petitioner simply rehashes his previously rejected argument and fails to demonstrate circumstances warranting reconsideration.

Accordingly, it is hereby ORDERED that petitioner's September 28, 2012 motion is denied.

Dated: October 23, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] Although the title of the motion includes the language "Motion for Certificate of Appealability," petitioner does not actually request the court grant him a certificate of appealability.

2